FILED
LODGED

JAN - 7 2009

AT GRE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

BERNARD WOODFORK, JR

    Plaintiff,

V

AUTO BANK, INC.

    Defendant.

CCB 09 CV 0028

CIVIL ACTION NO.

JANUARY 6, 2009

COMPLAINT

**FIRST COUNT:**

    1.This is an action for a declaratory judgement, a permanent injunction and

damages for violation of the Truth In Lending Act, 15 U.S.C. § 1601 et seq., and for

violation of the Md. Ann. Code Commercial Law Consumer Practices Act and for

Common Law Fraud.

    2. Jurisdiction is conferred on this Court by 15 U.S.C. § 1640(e) and 28 U.S.C. §§

1331 and 1367.

    3. Plaintiff is a resident of Baltimore City, Baltimore County and the State of

Maryland.

    4. Defendant Auto Bank, Inc. hereinafter referred to as ("ABI") is a domestic

corporation with a place of business at 1002 Eastern Blvd, Baltimore, Maryland 21229.

    5. On or about April 15, 2008 plaintiff entered into a consumer transaction with

defendant ABI to buy a used 2008 Pontiac for personal, family or household use.

6. ABI disclosed the lien fee on the Purchase Order as $50 which sum is in excess of that allowed by the MVA.

7. ABI did not disclose the lien fee on the Retail Installment Contract, ("RIC").

8. Based on information and belief, ABI did not pay the correct sum to Public Officials as show on the Retail Installment Contract.

9. ABI disclosed, on the RIC, in the federal box $5,826.22 as the sum to be financed however, based on its billing practices it charged Plaintiff a greater sum as the amount financed.

10. Based on information and belief, ABI did not disclose the correct APR on the RIC.

11. Based on information and belief, ABI did not disclose the correct Finance Charge on the RIC.

12. Based on information and belief, ABI did not disclose the correct Total of Payments on the RIC.

13. Based on information and belief, ABI did not disclose the correct Total Sales Price on the RIC.

14. ABI failed to provide the disclosure pursuant to Reg. Z Part 226 prior to consummation of the contract or subsequent to consummation in violation of the Truth in Lending Act.

15. As a result of ABI's actions, Plaintiff has been damaged.

## SECOND COUNT:

16. The allegations of ¶ No. 5 of Count One are repeated as if fully set forth herein.

17. ABI has charged Plaintiff several Thousand of Dollars more for the Amount Financed and for Interest than it disclosed on the RIC as reflected on payment receipts it provided to Plaintiff.

18, Based on information and belief, ABI has defrauded Plaintiff.

19. Plaintiff has suffered monetary damages.

## THIRD COUNT:

20. The allegations of ¶ No.5 of the First Count are repeated as if fully set forth herein.

21. ABI has committed one or more unfair or deceptive acts or practices in violation of the Md. Consumer Protection Act § 13-105 et seq., including, but not limited to failing to disclose to Plaintiff accurate financial terms of the transaction.

22. ABI is a "merchant" within the meaning of the Maryland Consumer Protection Act ("CPA") Comm. Law, § 13-101(g), and is subject to all of the CPA's Provisions prohibiting unfair or deceptive trade practices including those in Md. Code Ann., Comm. Law §§ 13-303 and 13-301.

23. Plaintiff has been damaged.

WHEREFORE, it is respectfully requested that this Honorable Court:

1. Award Plaintiff statutory damages, actual damages, costs and a reasonable

attorney fees on Count I.

2. Award  Plaintiff actual damages, punitive damages and attorney fees on Count

II.

3. Award Plaintiff actual damages, statutory damages, punitive damages, costs

and attorney fees for Violation of the Md. Ann. Consumer Protection Act on Count III.

4. Award Plaintiff such other or further relief, including the return of the Pontiac,

return of all down payments and bi-monthly payments made by him and such other relief

that the Court deems just or equitable.

THE PLAINTIFF

BY _____
Bernard T. Kennedy
P.O. Box 657
Edgewater, MD 21037
Tel. (443) 607-8901
Fax. (443) 607-8903
Fed. Bar # MD 26843
Email- bernardtkennedy@yahoo.com